Harry Fred v. The State.

No. 9501. Delivered June 3d 1925.

Assault to Murder—No Statement of Facts, Nor Bills of Exceptions.

There are no statement of facts nor bills of exceptions in this record, and the cause must be affirmed.

Appeal from the District Court of San Augustine County. Tried below before the Hon. V. H. Stark, Judge.

Appeal from a conviction of an assault to murder; penalty, two years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

HAWKINS, Judge.—Defendant was convicted for assault with intent to murder one John Roberts, and his punishment assessed at two years in the penitentiary.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented to this court for review.

The judgment is affirmed.

*Affirmed.*